IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00454-KLM

WESTERN CAPITAL PARTNERS LLC, a Colorado Limited Liability Company,

    Plaintiff,

v.

FIRST AMERICAN TITLE INSURANCE COMPANY, a California Corporation,

    Defendant.
_____

**MINUTE ORDER**
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Amend Complaint** [#12] (the "Motion"). As an initial matter, the Motion does not comply with D.C.COLO.LCivR 15.1(a), which requires, that "[a] party who files an amended pleading under Fed. R. Civ. P. 15(a)(1) or with the consent of the opposing party shall file a separate notice of filing the amended pleading and shall attach as an exhibit a copy of the amended pleading which strikes through . . . the text to be deleted and underlines . . . the text to be added." The Motion is subject to denial on this basis alone. Nevertheless, in the interest of expedience,

    IT IS HEREBY **ORDERED** that the Motion [#12] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall accept Plaintiff's Amended Complaint and attached exhibits [#12-1, #12-2, #12-3, #12-4] for filing as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that Defendant shall answer or otherwise respond to the Amended Complaint in accordance with Fed. R. Civ. P. 15(a)(3).

    Dated:  April 25, 2014