IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00454-WJM-KLM

WESTERN CAPITAL PARTNERS LLC, a Colorado Limited Liability Company,

     Plaintiff,

v.

FIRST AMERICAN TITLE INSURANCE COMPANY, a California Corporation,

     Defendant.
_____

**MINUTE ORDER**
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's opposed **Third Motion to Amend Complaint** [#45] (the "Motion").[1]  As an initial matter, the Motion does not comply with D.C.COLO.LCivR 15.1(b), which requires that "[a] party who files an opposed motion for leave to amend a pleading shall attach as an exhibit a copy of the proposed amended pleading which strikes through . . . the text to be deleted and underlines . . . the text to be added."  The Motion is subject to denial on this basis alone.  Accordingly,

     IT IS HEREBY **ORDERED** that the Motion [#45] is **DENIED without prejudice**.

     Dated:  October 10, 2014

---

[1] This is Plaintiff's third request to amend the complaint in this action.  The first two times occurred before the Scheduling Conference, were unopposed, and were summarily granted by the Court.  See [#12, #13, #14, #21, #23, #25].