IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00454-WJM-KLM

WESTERN CAPITAL PARTNERS LLC, a Colorado Limited Liability Company,

　　Plaintiff,

v.

FIRST AMERICAN TITLE INSURANCE COMPANY, a California Corporation,

　　Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

　　This matter is before the Court on Defendant's **Notice of Settlement** [#74] and **Unopposed Motion for Stay** [#104] (the "Motion").

　　IT IS HEREBY **ORDERED** that the parties shall file dismissal papers on or before **June 17, 2015**.

　　IT IS FURTHER **ORDERED** that the Motion [#104] is **DENIED**. Discovery in this matter has closed. The only current deadline is for Defendant to file a response to Plaintiff's Amended Response to Order to Show Cause, which is due May 22, 2015. This deadline may be vacated without otherwise staying the case. Accordingly,

　　IT IS FURTHER **ORDERED** that the deadline for Defendant to file a response to Plaintiff's Amended Response to Order to Show Cause is **VACATED**.

　　Dated: May 22, 2015