**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  14-cv-0454-WJM-KLM

WESTERN CAPITAL PARTNERS LLC, a Colorado limited liability company

    Plaintiff,

v.

FIRST AMERICAN TITLE INSURANCE COMPANY, a California Corporation

    Defendant.

---

**ORDER ADMINISTRATIVELY CLOSING CASE**
---

    This matter is before the Court on the Parties' Joint Motion for Stay.  On May 18, 2015 a Notice of Settlement was filed by Defendant (ECF No. 103).  On June 1, 2015, the Parties filed a Joint Motion to Stay, (ECF No. 107).  In the Motion, the Parties indicated that the Settlement Agreement will require the approval of the U.S. Bankruptcy Court in Plaintiff's Chapter 11 case. (ECF No, 107 ¶ 2).  As a consequence, this case will be pending for an indeterminate amount of time while awaiting the approval of the Settlement Agreement by the U.S. Bankruptcy Court.

    The Court having considered the status of this case and being otherwise fully advised, ORDERS as follows:

    The Parties Joint Motion for Stay is DENIED as MOOT.  Pursuant to local rule D.C.COLO.LCivR 41.2. the Court hereby ORDERS that the above-captioned case be ADMINISTRATIVELY CLOSED.  The Parties may seek leave to reopen this case, for good cause shown, at such time as the U.S. Bankruptcy Court has taken action on the

Parties' proposed Settlement Agreement.

Dated this 2nd day of June, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge