**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-0454-WJM-KLM

WESTERN CAPITAL PARTNERS LLC, a Colorado limited liability company

    Plaintiff,

v.

FIRST AMERICAN TITLE INSURANCE COMPANY, a California corporation,

    Defendant.

---

### ORDER GRANTING STIPULATED MOTION TO DISMISS

---

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss, filed July 14, 2015 (ECF No. 113). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party shall pay its own attorney's fees and costs.

Dated this 14th day of July, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge